# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JONATHAN HALLEY

VERSUS

ENRIQUE WILSON, STATE FARM
MUTUAL INSURANCE COMPANY, AND
AUTO-OWNERS INSURANCE COMPANY

NO.  2021 CW 0026

**MARCH 02, 2021**

In Re:  Auto Owners Automobile Insurance, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 132824.

**BEFORE:  GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to comply with Rule 4-5(C)(8) and (10) of the Uniform Rules of Louisiana Courts of Appeal, as it does not contain a copy of the petition for damages, the court minutes, or the subpoena duces tecum at issue.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before April 2, 2021, and must contain a copy of this ruling.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT